**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Domingo Vega MOJARRO,
Defendant—Appellant.**

**No. 01–50142.**

**D.C. No. CR–00–02623–IEG.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 11, 2002.

Decided Sept. 24, 2002.

Before THOMPSON and
RAWLINSON, Circuit Judges and
SCHWARZER,* Senior District Judge.

MEMORANDUM **

Because the drug quantity in this case did not increase Mojarro's sentence beyond the prescribed five-year statutory maximum, neither *Apprendi* nor *Buckland* is implicated, and no jury determination of drug quantity was required. *United States v. Bravo*, 295 F.3d 1002, 1012 (9th Cir.2002); *United States v. Mendoza–Paz*, 286 F.3d 1104, 1110–11; *United States v. Carranza*, 289 F.3d 634, 643 (9th Cir.2002).

Mojarro makes a conclusory argument that the grand jury instructions were inadequate. However, Mojarro does not contend that the prosecutor's instructions were flagrantly misleading or deceiving to

---

* The Honorable William W Schwarzer, Senior
  United States District Judge for the Northern
  District of California, sitting by designation.

the grand jury. Mojarro's bare assertion is insufficient to raise a credible claim of error. *See United States v. Larrazolo*, 869 F.2d 1354, 1359 (9th Cir.1989).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.